DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROCKY ANTONIO MORALES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2157

_____

July 1, 2026

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, BLACK, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.